UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ESTATE OF ROBERT M. CASSIERI, et al.,<br><br>Plaintiff,<br><br>v.<br><br>SUNRISE SENIOR LIVING MANAGEMENT, INC., et al.,<br><br>Defendants. | Case No.: 22-5239 (ZNQ) (RLS) |

## Stipulation Of Dismissal, With Prejudice

It is hereby stipulated and agreed, by and between the undersigned, that this civil action is hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), without the payment of court costs or attorneys' fees by any party to any other party.

Date: October 2, 2023

_____
Thomas F. Rinaldi, Esq.
Eichen Crutchlow Zaslow
40 Ethel Road
Edison, New Jersey 08817
Phone: (732) 777-0100
E-mail: trinaldi@njadvocates.com
*Attorneys for Plaintiff*

_____
Rafael Vergara, Esq.
White and Williams LLP
7 Times Square, Suite 2900
New York, NY 10036
Phone: 212-244-9500
E-mail: vergarar@whiteandwilliams.com
*Attorneys for defendant Sunrise Senior Living Management, Inc.*

So Ordered this 3RD day of October, 2023

_____
Hon. Zahid N. Quraishi
United States District Judge

31776825v.1